## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAMELA GAUTHEIR** | * **CIVIL DOCKET NO:** |
| | * |
| **VERSUS** | * |
| | * |
| **BROOKSHIRE GROCERY** | * **JUDGE:** |
| **COMPANY D/B/A SUPER 1 FOODS** | * |
| **#648 AND THE TRAVELERS** | * |
| **INDEMNITY COMPANY OF** | * |
| **CONNECTICUT** | * **MAG. JUDGE:** |
| | * |

## NOTICE OF REMOVAL

Defendant, Brookshire Grocery Company, d/b/a Super 1 Foods, # 648 ("Super 1"), files this notice of removal on the following grounds:

### THE REMOVED CASE

#### 1.

On July 14, 2020, a Petition for Damages was filed on behalf of the Plaintiff, Pamela Gauthier, in the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, styled "*Pamela Gauthier versus Brookshire Grocery Company, d/b/a Super 1 Foods #648 and The Travelers Indemnity Company*," bearing Docket Number 49857, Division "B".

#### 2.

On August 7, 2020, Defendant, Travelers, was served with the Petition for Damages through its registered agent, the Louisiana Secretary of State.

#### 3.

On August 7, 2020, Defendant, Super 1, was served with the Petition for Damages through its registered agent, the CT Corporation.

1957479.v1

**4.**

A complete copy of all pleadings currently filed in the court record for the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana, including a copy of all process served on defendants, it attached hereto as Exhibit A, *in globo*.

**5.**

In the Petition for Damages, Plaintiff alleges that, on or about July 16, 2019, Pamela Gauthier was shopping on the premises of the Super 1, located at 213 Hospital Road in New Roads, Louisiana, when she slipped on water leaking from the freezer and fell to the floor, sustaining injuries. Plaintiff alleges that Super 1 was responsible for maintaining the premises, including the floor.  Super 1 denies all liability for the alleged incident.

**6.**

Plaintiff alleges that, as a result of the fall, she sustained the following damages:

a) Physical pain and suffering (past, present, and future);

b) Mental anguish and suffering (past, present, and future);

c) Medical expenses (past, present, and future);

d) Lost wages (past, present, and future);

e) Loss of enjoyment of life (past and future);

f) Disfigurement and impairment (past, present, and future);

g) Disability; and

h) Other damages which will be proven at trial.

## BASIS OF JURISDICTION

### 7.

Defendant avers that this Court has original jurisdiction over the claims asserted by Plaintiff pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441, as this is a civil action between citizens of different states, where the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

## PARTIES AND DIVERSITY OF CITIZENSHIP

### 8.

Defendant shows that there is complete diversity of citizenship between Plaintiff and Defendant.

### 9.

Plaintiff, Pamela Gauthier, is a resident of, and domiciled in, the Parish of Pointe Coupee, State of Louisiana. Accordingly, Pamela Gauthier is a citizen of the State of Louisiana.

### 10.

Defendant, Brookshire Grocery Company, d/b/a Super 1 Foods #648, is a Texas corporation that has its principal place of business in Texas. Accordingly, Super 1 is deemed to be a citizen of Texas.

### 11.

Defendant, The Travelers Indemnity Company of Connecticut, is a Connecticut corporation with its principal place of business in Connecticut. Thus, Travelers is deemed to be a citizen of Connecticut.

**12.**

Because Plaintiff is a citizen of Louisiana, and Defendants are citizens of Texas and Connecticut, complete diversity exists.

## AMOUNT IN CONTROVERSY

**13.**

Defendant states that, based upon the allegations of Plaintiff's Petition for Damages and Plaintiff's Response to Request for Admission, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

**14.**

Plaintiff does not plead, and Louisiana law does not allow Plaintiff to plead, a specific amount of damages. La. Code Civ. Proc. art. 893(a)(1). In such circumstances, the Fifth Circuit permits removal under 28 U.S.C. § 1332(c)(2)(B) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000).

**15.**

The value of Plaintiff's claims was not ascertainable from the allegations in the Petition for Damages. As such, on August 24, 2020, Defendant propounded initial discovery to the Plaintiff, including a Request for Admission that Plaintiff's claims did not exceed $75,000.00, exclusive of costs and interest. On September 4, 2020, Defendant was served with a response to the Request for Admission, whereby Plaintiff denied that her claims did not exceed $75,000.00, exclusive of costs and interest. A copy of Plaintiff's response to the Request for Admission is attached hereto as Exhibit B.

**16.**

Plaintiff's response to Defendant's Request for Admission was the first indication that the amount in controversy exceeded $75,000.00, exclusive of costs and interest. Defendant shows that, based upon the information provided by the Plaintiff in response to the Request for Admission, the amount in controversy exceeds $75,000.00.

**17.**

Defendant shows that this Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a), in that the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and this is an action between citizens of different states.

## REMOVAL IS TIMELY

**18.**

Defendant shows that this Notice of Removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. § 1446(b)(3) and § 1446(c)(3)(A), as notice was filed within 30 days receipt by Defendant of Plaintiff's Response to Request for Admission, on September 9, 2020, which response was the first pleading or other paper from which it could first be ascertained that this case was removable.

## CONSENT TO REMOVAL

**19.**

All Defendants have been served with the Petition for Damages and join in this removal. Super 1 is the sole remaining defendant in this matter, and hereby consents to this removal.

## VENUE

### 20.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. § 1441(a), as the United States District Court for the Middle District of Louisiana embraces Pointe Coupee Parish and the 18th Judicial District Court, the place where the state court action is pending.

### 21.

Based on the foregoing, Defendant shows that this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

### 22.

Written notice of the filing of this removal will be sent to the adverse party as required by law.

### 23.

A true copy of this notice of removal is being filed with the Clerk of Court for the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, as required by law.

### 24.

**WHEREFORE**, Defendant, Brookshire Grocery Company, d/b/a Super 1 Foods, # 648, prays that the action be removed to this Court, that the Court accept jurisdiction of the action, and that the action be placed on the docket of the Court for further proceedings, as though it were originally instituted in the Court.

Respectfully Submitted,

BY ATTORNEYS:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile:  225-381-8029
Email:  Trenton.Oubre@bswllp.com

*/s/ Trenton J. Oubre*
Trenton J. Oubre, T.A., La. Bar Roll No. 20999
Druit G. Gremillion, Jr., La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for Super 1*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAMELA GAUTHEIR** | * **CIVIL DOCKET NO:** |
| | * |
| **VERSUS** | * |
| | * |
| **BROOKSHIRE GROCERY** | * **JUDGE:** |
| **COMPANY D/B/A SUPER 1 FOODS** | * |
| **#648 AND THE TRAVELERS** | * |
| **INDEMNITY COMPANY OF** | * **MAG. JUDGE:** |
| **CONNECTICUT** | * |

## <u>AFFIDAVIT</u>

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     BEFORE ME, the undersigned authority, personally came and appeared

**Katherine M. Cook**

who, after being duly sworn, did depose and say:

     That the allegations contained in the Notice of Removal filed herein are true and correct to the best of her knowledge, information, and belief.

_Katherine M. Cook_
_____
Katherine M. Cook

     **SWORN TO AND SUBSCRIBED** before me, Notary Public, this 2nd day of October, 2020, Baton Rouge, Louisiana.

_____
Christine M. Colwell
Notary ID No. 162621/La. Bar Roll No. 38699
My Commission Is For Life

OFFICIAL SEAL
**CHRISTINE M. COLWELL**
LA BAR ROLL #38699
NOTARY PUBLIC ID NO. 162621
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

1957479.v1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA GAUTHEIR | * CIVIL DOCKET NO: |
| | * |
| VERSUS | * |
| | * |
| BROOKSHIRE GROCERY | * JUDGE: |
| COMPANY D/B/A SUPER 1 FOODS | * |
| #648 AND THE TRAVELERS | * |
| INDEMNITY COMPANY OF | * MAG. JUDGE: |
| CONNECTICUT | * |

## PROOF OF SERVICE

Katherine M. Cook, being duly sworn, does depose and say that she is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Middle District of Louisiana, is a member of the firm Breazeale, Sachse & Wilson, L.L.P., and is counsel for Defendant, Brookshire Grocery Company, d/b/a Super 1 Foods, # 648.

Affiant further states that, on the 2nd day of October, 2020, after the Notice of Removal is filed with the above Court, she is forwarding a copy of said Notice of Removal and attachments via electronic mail and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

Georgia B. Day
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
E: georgia@daylawgroup.com
F: 225-292-4149

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, she is having a copy of the notice of removal filed with the Clerk of Court for the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana, for filing in the

1957479.v1

matter entitled "*Pamela Gauthier versus Brookshire Grocery Company, d/b/a Super 1 Foods #648 and The Travelers Indemnity Company*," bearing Docket Number 49857, Division "B".

_____
Katherine M. Cook

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 2nd day of October, 2020, Baton Rouge, Louisiana.

_____
Christine M. Colwell
Notary ID No. 162621/La. Bar Roll No. 38699
My Commission Is For Life

OFFICIAL SEAL
**CHRISTINE M. COLWELL**
LA BAR ROLL #38699
NOTARY PUBLIC ID NO. 162621
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAMELA GAUTHEIR** | *   **CIVIL DOCKET NO:** |
| | * |
| **VERSUS** | * |
| | * |
| **BROOKSHIRE GROCERY** | *   **JUDGE:** |
| **COMPANY D/B/A SUPER 1 FOODS** | * |
| **#648 AND THE TRAVELERS** | * |
| **INDEMNITY COMPANY OF** | *   **MAG. JUDGE:** |
| **CONNECTICUT** | * |

## NOTICE TO ADVERSE PARTY

**TO:**    Georgia B. Day
11817 Bricksome Avenue, Suite A
Baton Rouge, Louisiana 70816

**YOU ARE HEREBY NOTIFIED** that the Defendant, Brookshire Grocery Company, d/b/a Super 1 Foods, # 648, has filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Middle District of Louisiana, and a copy of said Notice of Removal has been filed with the Clerk of Court for the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana.

1957479.v1

Respectfully Submitted,

BY ATTORNEYS:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile:  225-381-8029
Email:  Trenton.Oubre@bswllp.com

*/s/ Trenton J. Oubre*
Trenton J. Oubre, T.A., La. Bar Roll No. 20999
Druit G. Gremillion, Jr., La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for Super 1*

1957479.v1