12256389594
To:    Page 1 of 1                        9/16/2020 11:57:51 AM CDT                01:02:42 p.m.    09-25-2020    1/1
                                                                                  12252630137  From: Corp 3

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KATHERINE M. COOK
Associate
Katherine.cook@bswllp.com

Direct   (225) 381-3170
Direct Fax (225) 387-4000
Cell     (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70821-3197
www.bswllp.com

September 16, 2020

_VIA FACSIMILE (225-638-9590)_

Honorable Lanell Swindler Landry
Clerk of Court
Parish of Pointe Coupee
201 E. Main Street
New Roads, Louisiana 70760

RE:    _Pamela Gauthier v. Brookshire Grocery Company d/b/a Super 1 Foods #648_
       _and The Travelers Indemnity Company; No. 49857, Section "B"_
       18th Judicial District Court, Parish of Pointe Coupee

Dear Ms. Landry:

Pursuant to my assistant's telephone conversation with your office, please accept this correspondence and formal request for a copy of the entire record of the captioned matter for removal purposes. Upon receipt of your facsimile indicating the cost of same, our firm check will be forwarded to your office for the copy to be prepared.

Thank you for your assistance in this matter.

Sincerely,

BREAZEALE, SACHSE & WILSON, L.L.P.

_Katherine Cook_
Katherine M. Cook

KMC:laf

_Please forward $7950_ 84.00
_+ I will forward your_
_copies._

BATON ROUGE · NEW ORLEANS · MONROE

BR195775sd.v1



# Fax

**11817 BRICKSOME AVENUE, SUITE A**
**BATON ROUGE, LA 70816**
Telephone: (225) 200-000 or 292-7410
Facsimile: (225) 292-4149

| | |
|---|---|
| **Date:** | July 14, 2020 |
| **To:** | Pointe Coupee Parish Clerk of Court |
| **Attention:** | Civil Dept. |
| **From:** | Lauren Lee<br>Paralegal to Georgia Day |
| **Fax #:** | **225-638-9590** |
| **Pages:** | ___7___ Pages Including Cover Sheet |
| **Re:** | NEW CIVIL SUIT FILING<br>Pamela Gauthier vs Brookshire Grocery Company, et al. |

498572B

**Attached:**

Cover Letter and Petition for Damages- please return a quote for filing fees immediately upon receipt via fax to our office and we will deliver payment and originals upon receipt of same. Quote for filing fees may also be emailed to lauren@daylawgroup.com

Thank you

BK.___ NO___
RECEIVED & FILED
20 JUL 14 PM 3:56
DAREL SMITH "JACKY"
CLERK OF COURT & RECORDER
PARISH OF POINTE COUPEE



**DAY LAW GROUP**

| | | |
|---|---|---|
| JUSTIN A. DAY | 11817 BRICKSOME AVENUE, SUITE A | RAYMOND CHARLES VINET, SR. (1938 – 2007) |
| GEORGIA B. DAY | BATON ROUGE, LA 70816 | Experienced Trial and Appellate Practice |
| DENISE ANN VINET, Of Counsel | Telephone: (225) 200-0000 | |
| | Facsimile: (225) 292-4149 | |




July 14, 2020

**VIA FAX ONLY: 225-638-9590**
Clerk of Court
Pointe Coupee Parish
P.O. Box 38
New Roads, LA 70760

      **Re:**  Pamela Gauthier vs Brookshire Grocery Company, et al.
           18th JDC; Suit no: _____ Div.: _____
           Parish of Pointe Coupee, State of Louisiana

Dear Clerk:          49357-B

    Attached please find a *Petition for Damages* for fax filing in the new civil matter referenced above. Please fax and/or email lauren@daylawgroup.com a quote for filing fees as soon as possible and we will remit payment to be mailed in with the originals. Please do not hesitate to contact me if you have any questions.

    Thank you for attention and assistance in this matter.

                         Respectfully,

                         *DAY LAW GROUP, LLC*

                         *Lauren Lee*

                         Lauren Lee
                         Paralegal to Georgia Day

//ll
Attachment

Case 3:20-cv-00662-BAJ-SDJ

PAMELA GAUTHIER                          SUIT NO:          DIVISION:

                                         49857-B

VERSUS                                   18TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY               PARISH OF POINTE COUPEE
d/b/a SUPER 1 FOODS#648 and THE
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT                           STATE OF LOUISIANA

_____

                    PETITION FOR DAMAGES

    NOW INTO COURT, through undersigned counsel, comes **PAMELA GAUTHIER**, a

resident and domiciliary of Pointe Coupee Parish, State of Louisiana, who respectfully represents

that:

1.

**MADE DEFENDANTS HEREIN ARE:**

1.  **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648,** a
    domestic corporation authorized to do and doing business in the State of
    Louisiana, which may be served through its agent for service of process, CT
    Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816; and

2.  **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** a
    foreign company authorized to do and doing business in the State of Louisiana,
    which may be served through its agent for service of process, Louisiana Secretary
    of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

    Defendants are indebted unto petitioner for an offense or quasi offense occurring on or

about July 16, 2019 in the Parish of Pointe Coupee, State of Louisiana.

3.

    On or about July 16, 2019, defendant, **BROOKSHIRE GROCERY COMPANY,**

owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or

maintain, both individually and by and/or through its agents, servants and/or employees, a certain

premises, **SUPER 1 FOODS#648,** located at 213 Hospital Road, New Roads, LA 70760.

4.

    At the aforesaid time and place, plaintiff, **PAMELA GAUTHIER,** was lawfully on said

premises.

5.

    At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY**

**d/b/a SUPER 1 FOODS#648,** individually and/or by and through its agents, servants and/or

employees maintained the aforementioned premises including the floors inside the store/premises

in such a manner where the floor became and/or caused a slip hazard when the freezer leaked water on the floor.

**6.**

At the aforesaid time and place, plaintiff, **PAMELA GAUTHIER**, was shopping on said premises (SUPER 1 FOODS#648, located at 213 Hospital Road, New Roads, LA 70760) when, suddenly and without warning, plaintiff, **PAMELA GAUTHIER**, slipped on water leaking from the freezer and fell violently to the floor, causing her to sustain serious injuries.

**7.**

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premises, including said floors, in a reasonably safe condition for persons lawfully on said premises, to include plaintiff, **PAMELA GAUTHIER**, herein.

**8.**

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or employees, disregarded said duty and/or failed to properly maintain, clean and/or remove the water from the floor so as to render the floors dangerously slippery and unsafe for use, and as a result of this dangerous condition, plaintiff, **PAMELA GAUTHIER**, slipped and fell.

**9.**

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, as the maintainer of the aforementioned premises, either individually or by and through its agents, servants and/or employees, acted with less than reasonable care and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a) Improperly operated, managed, maintained and controlled its premises in failing to properly maintain the aforementioned floors;

b) Failing to warn the plaintiff, **PAMELA GAUTHIER**, and other persons lawfully on said premises of the dangerous condition when defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the plaintiff, **PAMELA GAUTHIER**;

c) Failing to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to plaintiff, **PAMELA GAUTHIER**, and others lawfully on said premises; and

d) Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

**10.**

As a result of one or more of the negligent acts or omissions of defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, described herein, plaintiff, **PAMELA GAUTHIER**, sustained the following non-exclusive damages:

A.   Past, present and future physical pain and suffering;

B.   Past, present and future mental anguish and suffering;

C.   Past, present and future medical expenses;

D.   Past, present and future loss wages;

E.   Past, present and future loss of enjoyment of life;

F.   Past, present and future disfigurement and impairment;

G.   Disability; and

H.   Other damages which will be proven at trial.

**11.**

Petitioner alleges, upon information and belief, that the defendant, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, insured defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, at all times relevant hereto, for the negligence and fault of **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, and/or otherwise provided coverage for the damages sustained by plaintiff, **PAMELA GAUTHIER**, as alleged herein and/or may be proven at trial.

**12.**

As a result of this accident, the petitioner, **PAMELA GAUTHIER**, has suffered severe injuries to various parts of her body, including but not limited to her knees, hips, and other unknown and grievous injuries to the body, all causing her severe pain and suffering.

WHEREFORE, your petitioner prays that a copy of this petition, along with a reasonably fit and proper citation be served upon the defendants; that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of your petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

Respectfully Submitted:

**DAY LAW GROUP, LLC**

_(signature)_

GEORGIA B. DAY (#33744)
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
Telephone:    (225) 200-0000
Facsimile:     (225) 292-4149

**PLEASE SERVE:**

**BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**
_Through its registered agent for service of process:_
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

AND

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**
_Through its registered agent for service of process:_
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

PAMELA GAUTHIER                   SUIT NO:            DIVISION:


VERSUS                           18TH JUDICIAL DISTRICT COURT


BROOKSHIRE GROCERY COMPANY       PARISH OF POINTE COUPEE
d/b/a SUPER 1 FOODS#648 and THE
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT                   STATE OF LOUISIANA

---
### REQUEST FOR WRITTEN NOTICE
---

**TO:** Clerk Of Court
18th Judicial District Court
Parish of Pointe Coupee
201 E. Main St.
New Roads, LA 70760

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give the undersigned counsel written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or on the merits.

In accordance with Louisiana Code of Civil Procedure Articles 1913 and 1914, you are hereby requested to give immediate written notice of all orders or judgments, whether interlocutory or final, made or rendered in the proceedings upon the rendition thereof, including notice or judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial on the merits.


Respectfully Submitted:

**DAY LAW GROUP, LLC**


GEORGIA B. DAY (33744)
11817 Bricksome Ave., Suite A
Baton Rouge, LA  70816
Telephone: (225) 200-0000
Facsimile: (225) 292-4149

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688,  Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Pamela Gauthier _____ vs. _Brookshire Grocery Co_

**Court:** _18th JDC_ _____ **Docket Number:** _49957_

**Parish of Filing:** _Pointe Coupee_ **Filing Date:** _7/14/2020_

**Name of Lead Petitioner's Attorney:** _Georgia B. Day_

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** _1_     **Number of named defendants:** _2_

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

__Auto: Personal Injury
__Auto: Wrongful Death
__Asbestos: Property Damage
__Product Liability
__Intentional Bodily Injury
__Intentional Wrongful Death
__Business Tort
__Defamation
__Environmental Tort
__ Intellectual Property
__ Legal Malpractice
__ Other Professional Malpractice
__ Maritime
__ Wrongful Death
__General Negligence

__ Auto: Property Damage
__ Auto: Uninsured Motorist
__ Asbestos: Personal Injury/Death
✓ Premise Liability
__ Intentional Property Damage
__ Unfair Business Practice
__ Fraud
__ Professional Negligence
__ Medical Malpractice
__ Toxic Tort
__ Other Tort (describe below)
__ Redhibition
__ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

_Slip & fell @ Super 1 foods due to water leaking from_
_freezer_

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Lauren Lee_ _____ Signature _Lauren Lee_

Address _11817 Tricksona Ave. 3t A  Baton Rouge, LA 70816_

Phone number: _225-384-7577_ ___ E-mail address: _lauren@daylawgroup.com_
_225-XXX-XXXX_ _____ _georgia@daylawgroup.com_



| | | |
|---|---|---|
| JUSTIN A. DAY | 11817 BRICKSOME AVENUE, SUITE A | RAYMOND CHARLES VINET, SR. (1930 – 2007) |
| GEORGIA B. DAY | BATON ROUGE, LA  70816 | Experienced Trial and Appellate Practice |
| DENISE ANN VINET, Of Counsel | Telephone: (225) 200-0000 | |
| | Facsimile: (225) 292-4149 | |

July 16, 2020

**VIA US MAIL:**
Clerk of Court
Pointe Coupee Parish
P.O. Box 38
New Roads, LA 70760

> Re:    **Pamela Gauthier vs Brookshire Grocery Company, et al.**
> **18th JDC; Suit no: 49857   Div. B**
> **Parish of Pointe Coupee, State of Louisiana**

Dear Clerk:

   Attached please find the original *Petition for Damages* previously fax filed on July 15, 2020 civil matter referenced above. Also enclosed please find check no. 20407 in the amount of $600.00 for filing cost and an additional check no. 20408 in the amount of $50.00 to cover service fees towards the secretary of state. Please notice are office once service has been returned from the sherriff so that we can update our records.

   Thank you for attention and assistance in this matter.

                                        Respectfully,

                                        *DAY LAW GROUP, LLC*

                                        *Lauren Lee*

                                        Lauren Lee
                                        Paralegal to Georgia Day

//ll
Attachment

**LANELL SWINDLER LANDRY**
**CLERK OF COURT**
**18ᵗʰ JUDICIAL DISTRICT COURT**
**POINTE COUPEE PARISH**
**P.O. DRAWER 38**
**NEW ROADS, LA 70760**
**(225) 638-9596**
**(225) 638-9590 Main Fax**
**(225) 638-9594 Civil Fax**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO: _____ Lauren Lee _____

FAX NO: _____ 292-4149 _____

FROM: _____ Lauren Meadows (Extension: 228) _____

DATE: _____ 7-14-20 _____

RE: _____ Gauthier vs Brookshire _____

PAGES: ___1___ plus coverpage

Petition for Damages

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above. In accordance with R.S. 13:850, the original **MUST** be received in our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of:

$ _600 to Clerk_ + $50 to Sec of State

Be advised that the Pointe Coupee Parish Clerk of Court's Office will file your pleading to preserve the date, but will not process a facsimile filing. We process original documents only.

If you have any questions in this matter, please contact the civil department at (225) 638-9596 extension 1.

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain information which is confidential or proprietary in nature and/or protected by the Clerk-client/work product privilege. This transmission and the information contained in it is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on its contents is prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the transmission. Your cooperation is greatly appreciated.



PAMELA GAUTHIER                     SUIT NO:          DIVISION:

                                    49857-B

VERSUS                              18ᵀᴴ JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY COMPANY          PARISH OF POINTE COUPEE
d/b/a SUPER 1 FOODS#648 and THE
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT                      STATE OF LOUISIANA

_____ PETITION FOR DAMAGES _____

    NOW INTO COURT, through undersigned counsel, comes **PAMELA GAUTHIER**,

resident and domiciliary of Pointe Coupee Parish, State of Louisiana, who respectfully represents

that:

1.

    **MADE DEFENDANTS HEREIN ARE:**

1.  **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, a
    domestic corporation authorized to do and doing business in the State of
    Louisiana, which may be served through its agent for service of process, CT
    Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816; and

2.  **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, a
    foreign company authorized to do and doing business in the State of Louisiana,
    which may be served through its agent for service of process, Louisiana Secretary
    of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

    Defendants are indebted unto petitioner for an offense or quasi offense occurring on or

about July 16, 2019 in the Parish of Pointe Coupee, State of Louisiana.

3.

    On or about July 16, 2019, defendant, **BROOKSHIRE GROCERY COMPANY**,

owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or

maintain, both individually and by and/or through its agents, servants and/or employees, a certain

premises, **SUPER 1 FOODS#648**, located at 213 Hospital Road, New Roads, LA 70760.

4.

    At the aforesaid time and place, plaintiff, **PAMELA GAUTHIER**, was lawfully on said

premises.

5.

    At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY**

**d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or

employees maintained the aforementioned premises including the floors inside the store/premises

## Transmission Report

| Date/Time | 07-14-2020 | 04:32:57 p.m. | Transmit Header Text | |
|---|---|---|---|---|
| Local ID 1 | 12256389594 | | Local Name 1 | 12256389594 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

LANELL SWINDLER LANDRY
CLERK OF COURT
18ᵗʰ JUDICIAL DISTRICT COURT
POINTE COUPEE PARISH
P.O. DRAWER 38
NEW ROADS, LA 70760
(225) 638-9596
(225) 638-9590 Main Fax
(225) 638-9594 Civil Fax

TO: _Lauren Lee_

FAX NO: _292-4149_

FROM: _Lauren Meadows (Extension: 228)_

DATE: _7-14-20_

RE: _Gauthier vs Brookshire_

PAGES: _1_ plus coverpage

_Petition for Damages_

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above. In accordance with R.S. 13:850, the original MUST be received in our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of:



_$600 to Clerk + $50 to Sec of State_

Be advised that the Pointe Coupee Parish Clerk of Court's Office will file your pleading to preserve the date, but will not process a facsimile filing. We process original documents only.

If you have any questions in this matter, please contact the civil department at (225) 638-9596 extension 1.

CONFIDENTIALITY NOTICE

Total Pages Scanned : 2          Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 803 | FAX.PLUS | 04:31:09 p.m. 07-14-2020 | 00:01:30 | 2/2 | 1 | EC | HS | CP14400 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |



**PAMELA GAUTHIER**

SUIT NO: 49857 DIVISION B

**VERSUS**

18TH JUDICIAL DISTRICT COURT

**BROOKSHIRE GROCERY COMPANY**
**d/b/a SUPER 1 FOODS#648 and THE**
**TRAVELERS INDEMNITY COMPANY**
**OF CONNECTICUT**

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

---

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **PAMELA GAUTHIER**, a

resident and domiciliary of Pointe Coupee Parish, State of Louisiana, who respectfully represents

that:

**1.**

**MADE DEFENDANTS HEREIN ARE:**

1.   **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, a
domestic corporation authorized to do and doing business in the State of
Louisiana, which may be served through its agent for service of process, CT
Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816; and

2.   **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, a
foreign company authorized to do and doing business in the State of Louisiana,
which may be served through its agent for service of process, Louisiana Secretary
of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

**2.**

Defendants are indebted unto petitioner for an offense or quasi offense occurring on or

about July 16, 2019 in the Parish of Pointe Coupee, State of Louisiana.

**3.**

On or about July 16, 2019, defendant, **BROOKSHIRE GROCERY COMPANY**,

owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or

maintain, both individually and by and/or through its agents, servants and/or employees, a certain

premises, **SUPER 1 FOODS#648**, located at 213 Hospital Road, New Roads, LA 70760.

**4.**

At the aforesaid time and place, plaintiff, **PAMELA GAUTHIER**, was lawfully on said

premises.

**5.**

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY**

**d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or

employees maintained the aforementioned premises including the floors inside the store/premises

in such a manner where the floor became and/or caused a slip hazard when the freezer leaked water on the floor.

## 6.

At the aforesaid time and place, plaintiff, **PAMELA GAUTHIER**, was shopping on said premises (SUPER 1 FOODS#648, located at 213 Hospital Road, New Roads, LA 70760) when, suddenly and without warning, plaintiff, **PAMELA GAUTHIER**, slipped on water leaking from the freezer and fell violently to the floor, causing her to sustain serious injuries.

## 7.

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premises, including said floors, in a reasonably safe condition for persons lawfully on said premises, to include plaintiff, **PAMELA GAUTHIER**, herein.

## 8.

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, individually and/or by and through its agents, servants and/or employees, disregarded said duty and/or failed to properly maintain, clean and/or remove the water from the floor so as to render the floors dangerously slippery and unsafe for use, and as a result of this dangerous condition, plaintiff, **PAMELA GAUTHIER**, slipped and fell.

## 9.

At the aforesaid time and place, defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, as the maintainer of the aforementioned premises, either individually or by and through its agents, servants and/or employees, acted with less than reasonable care and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a) Improperly operated, managed, maintained and controlled its premises in failing to properly maintain the aforementioned floors;

b) Failing to warn the plaintiff, **PAMELA GAUTHIER**, and other persons lawfully on said premises of the dangerous condition when defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the plaintiff, **PAMELA GAUTHIER**;

c) Failing to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to plaintiff, **PAMELA GAUTHIER**, and others lawfully on said premises; and

d) Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

**10.**

As a result of one or more of the negligent acts or omissions of defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, described herein, plaintiff, **PAMELA GAUTHIER**, sustained the following non-exclusive damages:

A.    Past, present and future physical pain and suffering;

B.    Past, present and future mental anguish and suffering;

C.    Past, present and future medical expenses;

D.    Past, present and future loss wages;

E.    Past, present and future loss of enjoyment of life;

F.    Past, present and future disfigurement and impairment;

G.    Disability; and

H.    Other damages which will be proven at trial.

**11.**

Petitioner alleges, upon information and belief, that the defendant, **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**, insured defendant, **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, at all times relevant hereto, for the negligence and fault of **BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**, and/or otherwise provided coverage for the damages sustained by plaintiff, **PAMELA GAUTHIER**, as alleged herein and/or may be proven at trial.

**12.**

As a result of this accident, the petitioner, **PAMELA GAUTHIER**, has suffered severe injuries to various parts of her body, including but not limited to her knees, hips, and other unknown and grievous injuries to the body, all causing her severe pain and suffering.

WHEREFORE, your petitioner prays that a copy of this petition, along with a reasonably fit and proper citation be served upon the defendants; that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of your petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

Respectfully Submitted:

**DAY LAW GROUP, LLC**

GEORGIA B. DAY (#33744)
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
Telephone:    (225) 200-0000
Facsimile:    (225) 292-4149

**PLEASE SERVE:**

**BROOKSHIRE GROCERY COMPANY d/b/a SUPER 1 FOODS#648**
*Through its registered agent for service of process:*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

AND

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

PAMELA GAUTHIER

VERSUS

BROOKSHIRE GROCERY COMPANY
d/b/a SUPER 1 FOODS#648 and THE
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT

SUIT NO: 49857 DIVISION: B

18TH JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

FAXED
JUL 14 2020

---

## REQUEST FOR WRITTEN NOTICE

TO:   Clerk Of Court
      18th Judicial District Court
      Parish of Pointe Coupee
      201 E. Main St.
      New Roads, LA 70760

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give the undersigned counsel written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exception, motions, rules or on the merits.

In accordance with Louisiana Code of Civil Procedure Articles 1913 and 1914, you are hereby requested to give immediate written notice of all orders or judgments, whether interlocutory or final, made or rendered in the proceedings upon the rendition thereof, including notice or judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of the trial on the merits.

Respectfully Submitted:

DAY LAW GROUP, LLC

GEORGIA B. DAY (33744)
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
Telephone: (225) 200-0000
Facsimile: (225) 292-4149

# CITATION
18TH JUDICIAL DISTRICT COURT
PARISH OF POINTE COUPEE
STATE OF LOUISIANA

**PAMELA GAUTHIER**

**VERSUS 49857B**

**BROOKSHIRE GROCERY COMPANY ET AL**

STATE OF LOUISIANA AND SAID COURT TO:



**BROOKSHIRE GROCERY COMPANY dba SUPER 1 FOODS #648**
**THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE

**PETITION FOR DAMAGES**

**FILED BY PAMELA GAUTHIER**

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A CERTIFIED COPY OF WHICH ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, AT THE CITY OF NEW ROADS, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLE JUDGES FOR THE 18TH JUDICIAL DISTRICT COURT AT NEW ROADS, LOUISIANA, JULY 29, 2020.

LANELL SWINDLER LANDRY
CLERK OF COURT
P.O. DRAWER 38
NEW ROADS, LA 70760

BY: _Meadows_
DEPUTY CLERK OF COURT

I made service on the named party through the
CT Corporation
AUG 07 2020
by tendering a copy of this document to
Ashley Minvielle
E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

I made service on the named party through the
CT Corporation
AUG 07 2020
by tendering a copy of this document to
Ashley Minvielle
E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge

**DATE RECEIVED:** _____
**TYPE OF SERVICE:** _____
**DATE SERVED:** _____
**TYPE OF SERVICE:** _____

**PERSONAL** _____
**DOMICILIARY** _____

**PERSON SERVED:** _____
**UNABLE TO LOCATE:** _____
**DEPUTY SHERIFF:** _____



# CITATION

18TH JUDICIAL DISTRICT COURT
PARISH OF POINTE COUPEE
STATE OF LOUISIANA

**PAMELA GAUTHIER**

**VERSUS 49857B**

**BROOKSHIRE GROCERY COMPANY ET AL**

STATE OF LOUISIANA AND SAID COURT TO:



**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809**

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE

**PETITION FOR DAMAGES**

**FILED BY PAMELA GAUTHIER**

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A CERTIFIED COPY OF WHICH ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, AT THE CITY OF NEW ROADS, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLE JUDGES FOR THE 18TH JUDICIAL DISTRICT COURT AT NEW ROADS, LOUISIANA, JULY 29, 2020.

LANELL SWINDLER LANDRY
CLERK OF COURT
P.O. DRAWER 38
NEW ROADS, LA 70760

BY: _Meadows_

DEPUTY CLERK OF COURT

I made service on the named party through the
Office of the Secretary of State on
AUG 07 2020
by tendering a copy of this document to
KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DATE RECEIVED: _____
TYPE OF SERVICE: _____
DATE SERVED: _____
TYPE OF SERVICE:    **PERSONAL** _____
                    **DOMICILIARY** _____

**PERSON SERVED:** _____
**UNABLE TO LOCATE:** _____
**DEPUTY SHERIFF:** _____

AUG 06 2020

Case 3:20-cv-00862-BAJ-SDJ   Document 1-2   10/02/20   Page 21 of 48



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
kelsey.clark@bswllp.com

DIRECT DIAL: (225) 381-3174
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA 70821-3197

www.bswllp.com

August 24, 2020

Clerk of Court, 18th JDC
**Parish of Pointe Coupee**
P. O. Box 86
New Roads, LA 70760-0086

*VIA FACSIMILE - (225) 638-9590*
*AND REGULAR MAIL*

Re:   *Pamela Gauthier v. Brookshire Grocery Company d/b/a*
      *Super 1 Food #648, et al*
      Docket No. 49,857, Div. B, 18th JDC, Pointe Coupee Parish
      BS&W File No.: 16600-56434

Dear Clerk:

Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Written Notice on behalf of Defendant, Brookshire Grocery Company d/b/a Super 1 Foods #648. Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope. Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381-8029. I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

Thank you in advance for your courtesies in this matter. Should you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

Kelsey A. Clark

KAC/mrv
Enclosures
cc:   Georgia B. Day, Esq. (via email) (w/encl.)

PAMELA GAUTHIER                        §        DOCKET NO. 49857  DIV.: B

VERSUS                                 §        18TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY                     §
COMPANY D/B/A SUPER 1                  §        PARISH OF POINTE COUPEE
FOODS#648 AND THE TRAVELERS            §
INDEMNITY COMPANY OF                   §        STATE OF LOUISIANA
CONNECTICUT

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, Brookshire

Grocery Company d/b/a Super 1 Foods #648 ("Super 1"), which answers the Petition for

Damages filed by plaintiff, Pamela Gauthier, as follows:

1.

Super 1 admits that it is made defendant herein; however, all allegations of fault or

liability are denied.

2.

The allegations contained in paragraph 2 are denied.

3.

The allegations contained in paragraph 3 are denied as written.

4.

The allegations contained in paragraph 4 are denied as written.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7 are denied as written.

8.

The allegations contained in paragraph 8 are denied.

9.

The allegations contained in paragraph 9, and all subparts thereof, are denied.

10.

The allegations contained in paragraph 10, and all subparts thereof, are denied.

-1-

11.

The allegations contained in paragraph 11 assert a legal conclusion, and therefore no answer is required of Super 1. Any policies issued by The Travelers Indemnity Company of Connecticut contain many terms, conditions, limitations, and exclusions which control the obligations of that policy, and such terms, conditions, limitations, and exclusions are pled as if set forth herein *in extenso*.

12.

The allegations contained in paragraph 12 are denied.

**AND NOW, FURTHER ANSWERING, DEFENDANT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS #648, STATES:**

13.

Super 1 specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged incident.

14.

Super 1 specifically denies that it breached any duty owed to plaintiff.

15.

Super 1 specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

16.

Super 1 specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

17.

Super 1 specifically denies that the condition of the premises on which plaintiff allegedly injured herself presented an unreasonable risk of harm.

18.

Super 1 specifically denies that it created the allegedly dangerous condition on which plaintiff allegedly injured herself.

19.

Super 1 denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to plaintiff.

1944586.1

20.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

21.

The fault of third parties for whom Super 1 is not liable is pled in bar or reduction of plaintiff's recovery.

22.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

23.

Super 1 is entitled to and requests a trial by jury.

24.

Super 1 affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Super 1's alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS #648 PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Super 1 prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Super 1 is not liable. Finally, Super 1 prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Moreover, Super 1 prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*Kelsey Clark*

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Attorneys for Brookshire Grocery Company d/b/a*
*Super 1 Foods #648*

-3-

PAMELA GAUTHIER § DOCKET NO. 49857 DIV.: B

VERSUS §

BROOKSHIRE GROCERY § 18TH JUDICIAL DISTRICT COURT
COMPANY D/B/A SUPER 1 §
FOODS#648 AND THE TRAVELERS § PARISH OF POINTE COUPEE
INDEMNITY COMPANY OF § STATE OF LOUISIANA
CONNECTICUT §

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*Kelsey Clark*

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Attorneys for Brookshire Grocery Company d/b/a*
*Super 1 Foods #648*

-4-

1944586.1

PAMELA GAUTHIER  §  DOCKET NO. 49857 DIV.: B

VERSUS  §

§  18TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY  §
COMPANY D/B/A SUPER 1  §
FOODS#648 AND THE TRAVELERS  §  PARISH OF POINTE COUPEE
INDEMNITY COMPANY OF  §
CONNECTICUT  §  STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail and facsimile to the following counsel of record:

Georgia B. Day
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
E: georgia@daylawgroup.com
F: 225-292-4149

Baton Rouge, Louisiana, on this 24th day of August, 2020.

Trenton J. Oubre
Dru'it G. Gremillion
Kelsey A. Clark

1944586.1

## Transmission Report

| Date/Time | 08-24-2020 | 02:50:03 p.m. | Transmit Header Text |  |
|---|---|---|---|---|
| Local ID 1 | 12256389594 |  | Local Name 1 | 12256389594 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"



LANELL SWINDLER LANDRY
CLERK OF COURT
18th JUDICIAL DISTRICT COURT
POINTE COUPEE PARISH
P.O. DRAWER 38
NEW ROADS, LA 70760
(225) 638-9596
(225) 638-9590 Main Fax
(225) 638-9594 Civil Fax

TO: _____ Kelsey Clark _____

FAX NO: _____ 381-8020 _____

FROM: _____ Lauren Meadows (Extension: 228) _____

DATE: _____ 8-24-2020 _____

RE: _____ Gauthier vs. Brookshire 49857-B _____

PAGES: _____ ( plus coverpage _____

_____ Answer to Petition _____

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above. In accordance with R.S. 13:850, the original MUST be received in our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of:

$ 100

Be advised that the Pointe Coupee Parish Clerk of Court's Office will file your pleading to preserve the date, but will not process a facsimile filing. We process original documents only.

If you have any questions in this matter, please contact the clerk department at (225) 638-9596, extension 1.

CONFIDENTIALITY NOTICE

---

**Total Pages Scanned : 2**          **Total Pages Confirmed : 2**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 172 | 2253818029 | 02:44:38 p.m. 08-24-2020 | 00:02:15 | 2/2 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send

PL: Polled local
PR: Polled remote
MS: Mailbox save

MP: Mailbox print
RP: Report
FF: Fax Forward

CP: Completed
FA: Fail
TU: Terminated by user

TS: Terminated by system
G3: Group 3
EC: Error Correct





**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
*kelsey.clark@bswllp.com*

DIRECT DIAL (225) 381-3174
CORPORATE PHONE (225) 387-4000
FAX (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA 70821-3197
www.bswllp.com

*FAXED*
*AUG 2 4 2020*

August 24, 2020

Clerk of Court, 18th JDC
**Parish of Pointe Coupee**
P. O. Box 86
New Roads, LA 70760-0086

*VIA FACSIMILE - (225) 638-9590*
*AND REGULAR MAIL*

Re:    *Pamela Gauthier v. Brookshire Grocery Company d/b/a*
       *Super 1 Food #648, et al*
       Docket No. 49,857, Div. B, 18th JDC, Pointe Coupee Parish
       BS&W File No.:  16600-56434

Dear Clerk:

    Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Written Notice on behalf of Defendant, Brookshire Grocery Company d/b/a Super 1 Foods #648.  Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope.  Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

    Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381-8029.  I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

    Thank you in advance for your courtesies in this matter.  Should you have any questions or concerns, please do not hesitate to contact us.

                              Sincerely,
                              **BREAZEALE, SACHSE & WILSON, L.L.P.**

                              Kelsey A. Clark

KAC/mrv
Enclosures
cc:    Georgia B. Day, Esq. (via email) (w/encl.)

BATON ROUGE    ■    NEW ORLEANS    ■    MONROE
1946729.v1

PAMELA GAUTHIER                            §      DOCKET NO. 49857   DIV.: B
                                          §
VERSUS                                    §      18TH JUDICIAL DISTRICT COURT
                                          §
BROOKSHIRE GROCERY                        §
COMPANY D/B/A SUPER 1                      §      PARISH OF POINTE COUPEE
FOODS#648 AND THE TRAVELERS               §
INDEMNITY COMPANY OF                      §      STATE OF LOUISIANA
CONNECTICUT                               §

FAXED
AUG 2 4 2000

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, Brookshire

Grocery Company d/b/a Super 1 Foods #648 ("Super 1"), which answers the Petition for

Damages filed by plaintiff, Pamela Gauthier, as follows:

1.

Super 1 admits that it is made defendant herein; however, all allegations of fault or

liability are denied.

2.

The allegations contained in paragraph 2 are denied.

3.

The allegations contained in paragraph 3 are denied as written.

4.

The allegations contained in paragraph 4 are denied as written.

5.

The allegations contained in paragraph 5 are denied.

6.

The allegations contained in paragraph 6 are denied.

7.

The allegations contained in paragraph 7 are denied as written.

8.

The allegations contained in paragraph 8 are denied.

9.

The allegations contained in paragraph 9, and all subparts thereof, are denied.

10.

The allegations contained in paragraph 10, and all subparts thereof, are denied.

1944586.1

11.

The allegations contained in paragraph 11 assert a legal conclusion, and therefore no answer is required of Super 1. Any policies issued by The Travelers Indemnity Company of Connecticut contain many terms, conditions, limitations, and exclusions which control the obligations of that policy, and such terms, conditions, limitations, and exclusions are pled as if set forth herein *in extenso*.

12.

The allegations contained in paragraph 12 are denied.

**AND NOW, FURTHER ANSWERING, DEFENDANT, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS #648, STATES:**

13.

Super 1 specifically denies having any knowledge, whether actual or constructive, of any allegedly dangerous conditions on its premises on the date of plaintiff's alleged incident.

14.

Super 1 specifically denies that it breached any duty owed to plaintiff.

15.

Super 1 specifically denies that it failed to exercise reasonable care to keep its premises in a reasonably safe condition.

16.

Super 1 specifically denies that it failed to exercise reasonable care to keep its premises free of hazardous conditions.

17.

Super 1 specifically denies that the condition of the premises on which plaintiff allegedly injured herself presented an unreasonable risk of harm.

18.

Super 1 specifically denies that it created the allegedly dangerous condition on which plaintiff allegedly injured herself.

19.

Super 1 denies that any action or inaction on its part was a cause in fact or legal cause of any injuries/damages to plaintiff.

1944586.1

20.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

21.

The fault of third parties for whom Super 1 is not liable is pled in bar or reduction of plaintiff's recovery.

22.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

23.

Super 1 is entitled to and requests a trial by jury.

24.

Super 1 affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Super 1's alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, BROOKSHIRE GROCERY COMPANY D/B/A SUPER 1 FOODS #648 PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Super 1 prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Super 1 is not liable. Finally, Super 1 prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Moreover, Super 1 prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

*Kelsey Clark*

Trenton J. Dubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
***Attorneys for Brookshire Grocery Company d/b/a Super 1 Foods #648***

1944586.1

PAMELA GAUTHIER                          §      DOCKET NO.  49857   DIV.: B

VERSUS                                   §      18TH JUDICIAL DISTRICT COURT
                                         §
BROOKSHIRE GROCERY                       §
COMPANY D/B/A SUPER 1                    §      PARISH OF POINTE COUPEE
FOODS#648 AND THE TRAVELERS              §
INDEMNITY COMPANY OF                     §      STATE OF LOUISIANA
CONNECTICUT                              §

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of

Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10)

days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter,

whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of

Civil Procedure, you also hereby are requested to send to us immediately notice of any order or

judgment made or rendered in this case, upon the entry of such order or judgment, whether

interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for

your customary courtesy and cooperation.


Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone:  225-387-4000
Fax:  225-381-8029

_Kelsey Clark_

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
**_Attorneys for Brookshire Grocery Company d/b/a
Super 1 Foods #648_**

1944586.1

PAMELA GAUTHIER                    §    DOCKET NO. 49857  DIV.: B
                                  §
VERSUS                            §
                                  §    18TH JUDICIAL DISTRICT COURT
                                  §
BROOKSHIRE GROCERY                §
COMPANY D/B/A SUPER 1             §
FOODS#648 AND THE TRAVELERS       §    PARISH OF POINTE COUPEE
INDEMNITY COMPANY OF              §
CONNECTICUT                       §    STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail and facsimile to the following counsel of record:

> Georgia B. Day
> 11817 Bricksome Ave., Suite A
> Baton Rouge, LA 70816
> E: georgia@daylawgroup.com
> F: 225-292-4149

Baton Rouge, Louisiana, on this 24th day of August, 2020.

_Kelsey Clark_
Trenton J. Oubre
Druit G. Gremillion
Kelsey A. Clark

-5-

1944586.1



# BREAZEALE, SACHSE & WILSON, L.L.P. | ATTORNEYS AT LAW

**KELSEY A. CLARK**
*kelsey.clark@bswllp.com*

DIRECT DIAL: (225) 381-3174
CORPORATE PHONE: (225) 387-4000
FAX: (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA 70821-3197

*www.bswllp.com*

August 26, 2020

Clerk of Court, 18th JDC
**Parish of Pointe Coupee**
P. O. Box 86
New Roads, LA 70760-0086

*VIA FACSIMILE - (225) 638-9590*
*AND REGULAR MAIL*

Re:    *Pamela Gauthier v. Brookshire Grocery Company d/b/a Super 1 Food #648, et al*
Docket No. 49,857, Div. B, 18th JDC, Pointe Coupee Parish
BS&W File No.: 16600-56434

Dear Clerk:

Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Written Notice on behalf of Defendant, The Travelers Indemnity Company of Connecticut. Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope. Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381-8029. I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

Thank you in advance for your courtesies in this matter. Should you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

Kelsey A. Clark

KAC/mrv
Enclosures
cc:    Georgia B. Day, Esq. (via email) (w/encl.)

PAMELA GAUTHIER                    §    DOCKET NO. 49857   DIV.: B

VERSUS                            §    18TH JUDICIAL DISTRICT COURT

BROOKSHIRE GROCERY                §
COMPANY D/B/A SUPER 1             §
FOODS#648 AND THE TRAVELERS       §    PARISH OF POINTE COUPEE
INDEMNITY COMPANY OF              §
CONNECTICUT                       §    STATE OF LOUISIANA

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), which answers the Petition for Damages filed by plaintiff, Pamela Gauthier, as follows:

1.

Travelers admits that it is made defendant herein; however, all allegations of fault or liability are denied.

2.

The allegations contained in paragraph 2 are denied.

3.

The allegations contained in paragraph 3 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

4.

The allegations contained in paragraph 4 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

5.

The allegations contained in paragraph 5 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

6.

The allegations contained in paragraph 6 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

7.

The allegations contained in paragraph 7 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

-1-

1944636.1

8.

The allegations contained in paragraph 8 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

9.

The allegations contained in paragraph 9 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

10.

The allegations contained in paragraph 10 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

11.

The allegations contained in paragraph 11 assert a legal conclusion, and therefore no answer is required of Travelers. Any policies issued by Travelers contain many terms, conditions, limitations, and exclusions which control the obligations of that policy, and such terms, conditions, limitations, and exclusions are pled as if set forth herein *in extenso*.

12.

The allegations contained in paragraph 12 are denied.

**AND NOW, FURTHER ANSWERING, DEFENDANT, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, STATES:**

13.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

14.

The fault of third parties for whom Travelers is not liable is pled in bar or reduction of plaintiff's recovery.

15.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

16.

Travelers is entitled to and requests a trial by jury.

1944636.1

17.

Travelers affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Travelers' alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Travelers prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Travelers is not liable. Finally, Travelers prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Moreover, Travelers prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Trenton J. Oubre, La. Bar Roll No. 20999
Druit d. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Attorneys for The Travelers Indemnity Company of Connecticut*

LAVELLE S
CLERK OF C
PARISH O

2020 AUG 26  PM 1:15
RECEI
B

FILED
ORDER
FEE

-3-

1944636.1

| | | |
|---|---|---|
| PAMELA GAUTHIER | § | DOCKET NO. 49857 DIV.: B |
| | § | |
| VERSUS | § | 18TH JUDICIAL DISTRICT COURT |
| | § | |
| BROOKSHIRE GROCERY | § | |
| COMPANY D/B/A SUPER 1 | § | PARISH OF POINTE COUPEE |
| FOODS#648 AND THE TRAVELERS | § | |
| INDEMNITY COMPANY OF | § | STATE OF LOUISIANA |
| CONNECTICUT | § | |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Attorneys for The Travelers Indemnity Company of Connecticut*

2020 AUG 26 PM 1: 15 RECEIVED & FILED LAVELL SELLY LACOUR CLERK OF COURT & RECORDER PARISH OF POINTE COUPEE

-4-

| | | |
|---|---|---|
| PAMELA GAUTHIER | § | DOCKET NO. 49857  DIV.: B |
| | § | |
| **VERSUS** | § | 18TH JUDICIAL DISTRICT COURT |
| | § | |
| BROOKSHIRE GROCERY | § | |
| COMPANY D/B/A SUPER 1 | § | PARISH OF POINTE COUPEE |
| FOODS#648 AND THE TRAVELERS | § | |
| INDEMNITY COMPANY OF | § | STATE OF LOUISIANA |
| CONNECTICUT | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail and facsimile to the following counsel of record:

> Georgia B. Day
> 11817 Bricksome Ave., Suite A
> Baton Rouge, LA 70816
> E: georgia@daylawgroup.com
> F: 225-292-4149

Baton Rouge, Louisiana, on this _____ day of August, 2020.

_____

Trenton J. Oubre
Drux G. Gremillion
Kelsey A. Clark

2020 AUG 26  PM 1:15
RECEIVED & BK___ N___
LINEL SANDLER L:
CLERK OF COURT & REC
PARISH OF POINTE CO

1944636.1

## Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 08-26-2020 | 02:41:48 p.m. | Transmit Header Text |
| Local ID 1 | 12256389594 | | Local Name 1          12256389594 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"



**LANELL SWINDLER LANDRY**
**CLERK OF COURT**
18th JUDICIAL DISTRICT COURT
POINTE COUPEE PARISH
P.O. DRAWER 38
NEW ROADS, LA 70760
(225) 638-9596
(225) 638-9590 Main Fax
(225) 638-9594 Civil Fax

TO: Kelsey Clark
FAX NO: 281-8029
FROM: Lauren Meadows (Extension: 228)
DATE: 8-26-20
RE: Gauthren & Brookshire
PAGES: 1 plus coverpage

Ans to Petition  49857B

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above. In accordance with R.S. 13:850, the original MUST be received in our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of:

$ 100 —

Be advised that the Pointe Coupee Parish Clerk of Court's Office will file your pleading to preserve the date, but will not process a facsimile filing. We process original documents only.

If you have any questions in this matter, please contact the civil department at (225) 638-9596 extension 1.

CONFIDENTIALITY NOTICE

Total Pages Scanned : 2            Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 234 | 2253818029 | 01:47:48 p.m. 08-26-2020 | 00:04:09 | 2/2 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send          PL: Polled local        MP: Mailbox print       CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote       RP: Report              FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save        FF: Fax Forward         TU: Terminated by user  EC: Error Correct





**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KELSEY A. CLARK
*kelsey.clark@bswllp.com*

DIRECT DIAL (225) 381-3174
CORPORATE PHONE (225) 387-4000
FAX (225) 381-8029
One American Place, 23rd Floor
301 Main Street
Baton Rouge, LA 70801
P.O. Box 3197
Baton Rouge, LA 70821-3197
www.bswllp.com

August 26, 2020                    F A X E D

Clerk of Court, 18th JDC    F A X E D    AUG 2   2020
**Parish of Pointe Coupee**                AUG 2 6
P. O. Box 86                              *VIA FACSIMILE - (225) 638-9590*
New Roads, LA 70760-0086                  *AND REGULAR MAIL*

Re:    *Pamela Gauthier v. Brookshire Grocery Company d/b/a*
       *Super 1 Food #648, et al*
       Docket No. 49,857, Div. B, 18th JDC, Pointe Coupee Parish
       BS&W File No.: 16600-56434

Dear Clerk:

    Enclosed please find an original and one (1) copy of each of an Answer to Petition for Damages and Request for Written Notice on behalf of Defendant, The Travelers Indemnity Company of Connecticut. Please file the originals into the suit record and return stamped filed copies to me in the enclosed self-addressed and stamped envelope. Please note that these pleadings are being fax filed and the originals are being sent to you via regular mail.

    Please fax a confirmation of receipt of this fax, along with an invoice for the amount due to file these pleadings to me at (225) 381-8029. I will enclose our firm's check in that amount to cover the filing fees, which will include the fax filing fee.

    Thank you in advance for your courtesies in this matter. Should you have any questions or concerns, please do not hesitate to contact us.

          Sincerely,

          **BREAZEALE, SACHSE & WILSON, L.L.P.**

          Kelsey A. Clark

KAC/mrv
Enclosures
cc:    Georgia B. Day, Esq. (via email) (w/encl.)

B A T O N    R O U G E    ▪    N E W    O R L E A N S    ▪    M O N R O E

1948053.v1

PAMELA GAUTHIER                        §    DOCKET NO. 49857  DIV.: B
                                       §
VERSUS                                 §    18TH JUDICIAL DISTRICT COURT
                                       §
BROOKSHIRE GROCERY                     §
COMPANY D/B/A SUPER 1                  §    PARISH OF POINTE COUPEE
FOODS#648 AND THE TRAVELERS            §
INDEMNITY COMPANY OF                   §    STATE OF LOUISIANA
CONNECTICUT                            §

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), which answers the Petition for Damages filed by plaintiff, Pamela Gauthier, as follows:

1.

Travelers admits that it is made defendant herein; however, all allegations of fault or liability are denied.

2.

The allegations contained in paragraph 2 are denied.

3.

The allegations contained in paragraph 3 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

4.

The allegations contained in paragraph 4 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

5.

The allegations contained in paragraph 5 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

6.

The allegations contained in paragraph 6 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

7.

The allegations contained in paragraph 7 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

1944636.1

8.

The allegations contained in paragraph 8 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

9.

The allegations contained in paragraph 9 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

10.

The allegations contained in paragraph 10 are not directed toward this defendant, and therefore no answer is required. To the extent an answer is required, the allegations are denied.

11.

The allegations contained in paragraph 11 assert a legal conclusion, and therefore no answer is required of Travelers. Any policies issued by Travelers contain many terms, conditions, limitations, and exclusions which control the obligations of that policy, and such terms, conditions, limitations, and exclusions are pled as if set forth herein *in extenso*.

12.

The allegations contained in paragraph 12 are denied.

**AND NOW, FURTHER ANSWERING, DEFENDANT, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, STATES:**

13.

The fault of plaintiff is pled in bar or reduction of plaintiff's recovery.

14.

The fault of third parties for whom Travelers is not liable is pled in bar or reduction of plaintiff's recovery.

15.

Plaintiff's failure to mitigate her damages is pled in bar or reduction of plaintiff's recovery.

16.

Travelers is entitled to and requests a trial by jury.

1944636.1

17.

Travelers affirmatively alleges that, to the extent that plaintiff's medical expenses have been paid by worker's compensation, Medicare, Medicaid, or negotiated discounts, Travelers' alleged liability is limited to the amount actually paid, and not the gross amount billed.

**WHEREFORE, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT PRAYS** that after due proceedings, there be judgment in its favor, dismissing plaintiff's claims with prejudice, and assessing all costs against plaintiff.

Alternatively, Travelers prays that any recovery in favor of plaintiff be reduced by an amount commensurate with a degree of fault attributable to plaintiff, and a degree of fault attributable to third parties for whom Travelers is not liable. Finally, Travelers prays that any recovery in favor of plaintiff be reduced by an amount commensurate with plaintiff's failure to mitigate her damages.

Moreover, Travelers prays for a trial by jury.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
*Attorneys for The Travelers Indemnity Company of Connecticut*

1944636.1

| | | |
|---|---|---|
| PAMELA GAUTHIER | § | DOCKET NO. 49857 DIV.: B |
| | § | |
| VERSUS | § | 18TH JUDICIAL DISTRICT COURT |
| | § | |
| BROOKSHIRE GROCERY | § | |
| COMPANY D/B/A SUPER 1 | § | PARISH OF POINTE COUPEE |
| FOODS#648 AND THE TRAVELERS | § | |
| INDEMNITY COMPANY OF | § | STATE OF LOUISIANA |
| CONNECTICUT | § | |

FAXED

AUG 2 6 2020

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignment of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you also hereby are requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully submitted,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

Trenton J. Oubre, La. Bar Roll No. 20999
Druit G. Gremillion, La. Bar Roll No. 33867
Kelsey A. Clark, La. Bar Roll No. 36413
**Attorneys for The Travelers Indemnity Company of Connecticut**

1944636.1

| | | |
|---|---|---|
| PAMELA GAUTHIER | § | DOCKET NO. 49857  DIV.: B |
| | § | |
| VERSUS | § | 18TH JUDICIAL DISTRICT COURT |
| | § | |
| BROOKSHIRE GROCERY | § | |
| COMPANY D/B/A SUPER 1 | § | |
| FOODS#648 AND THE TRAVELERS | § | PARISH OF POINTE COUPEE |
| INDEMNITY COMPANY OF | § | |
| CONNECTICUT | § | STATE OF LOUISIANA |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Answer to Petition for Damages and Request for Notice* has been sent this date via electronic mail and facsimile to the following counsel of record:

Georgia B. Day
11817 Bricksome Ave., Suite A
Baton Rouge, LA 70816
E: georgia@daylawgroup.com
F: 225-292-4149

Baton Rouge, Louisiana, on this ___ day of August, 2020.

_____
Trenton J. Oubre
Drue G. Gremillion
Kelsey A. Clark

1944636.1



**JUSTIN A. DAY**
**GEORGIA B. DAY**
DENISE ANN VINET, Of Counsel

11817 BRICKSOME AVENUE, SUITE A
BATON ROUGE, LA 70816
*Telephone: (225) 200-0000*
*Facsimile: (225) 292-4149*

RAYMOND CHARLES VINET, SR. (1930 – 2007)
**Experienced Trial and Appellate Practice**

September 10, 2020

**VIA US MAIL:**
Clerk of Court
Pointe Coupee Parish
P.O. Box 38
New Roads, LA 70760

Re:   **Pamela Gauthier vs Brookshire Grocery Company, et al.**
      **18th JDC; Suit no: 49857   Div. B**
      **Parish of Pointe Coupee, State of Louisiana**

Dear Clerk:

Enclosed please find original Motion and Order for Partial Dismissal for filing in the above referenced matter. Per my phone communication with the clerk of court on this date of letter, there are enough funds on the registry to cover the cost to file this pleading. After the order has been executed per a review from the Judge, please issue a certified file stamped copy of same to our office for our records.

Please do not hesitate to contact our office if you have any questions. Thank you for attention and assistance in this matter.

Respectfully,

*DAY LAW GROUP, LLC*

Lauren Lee
Paralegal to Georgia Day

//ll
cc:   Kelsey Clark <kelsey.clark@bswllp.com>
Attachment

PAMELA GAUTHIER

VERSUS

BROOKSHIRE GROCERY COMPANY
d/b/a SUPER 1 FOODS#648 and THE
TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT

SUIT NO:   49,857  DIVISION:   B

18TH JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

---

## MOTION & ORDER FOR PARTIAL DISMISSAL

ON MOTION of Plaintiff, appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that Plaintiff wishes to dismiss all claims against the defendant, The Travelers Indemnity Company of Connecticut, without prejudice, reserving rights against Brookshire Grocery Company d/b/a Super 1 Foods#648.

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that the claim of Pamela Gauthier against The Travelers Indemnity Company of Connecticut be dismissed without prejudice, reserving rights against Brookshire Grocery Company d/b/a Super 1 Foods#648.

THIS DONE AND SIGNED in _New Roads_ Louisiana, on this 23rd day of _September_, 2020.

_Tonya S. Lurry_
JUDGE, 18TH JUDICIAL DISTRICT COURT
Tonya S. Lurry

RESPECTFULLY SUBMITTED:

**DAY LAW GROUP, LLC**

_Georgia B. Day_
Georgia B. Day (33744)
11817 Bricksome Avenue, Suite A
Baton Rouge, La. 70816
Telephone (225) 292-7410
Facsimile: (225) 292-4149
*Attorney for Plaintiff, Pamela Gauthier*

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel via U.S. Mail, postage pre-paid on this 8th day of September 2020.

_Georgia B. Day_
GEORGIA B. DAY